UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 11-62190-CIV-DIMITROULEAS

ACCESS FOR THE DISABLED, INC.,
ROBERT COHEN, and PATRICIA KENNEDY,

    Plaintiffs,

vs.

VITO'S GOURMET PIZZA OF CORAL
SPRINGS, LLC.

    Defendant.

_____/

## MOTION TO APPROVE CONSENT DECREE AND TO DISMISS WITH PREJUDICE

Plaintiffs, ACCESS FOR THE DISABLED, INC., ROBERT COHEN AND PATRICIA KENNEDY ("Plaintiffs"), by and through the undersigned counsel, hereby files this Motion to Approve Consent Decree and to Dismiss with Prejudice, and state the following in support thereof:

    1.    Plaintiffs filed the instant cause of action alleging that the Facility operated by Defendant, VITO'S GOURMET PIZZA OF CORAL SPRINGS, LLC. ("Defendant"), located at 1321 University Drive, Coral Springs, FL 33065 (the "Facility") violated Title III of the Americans with Disabilities Act, 42 U.S.C. § 12191 *et seq.*

    2.    The matters raised by Plaintiffs' Complaint have been resolved in accordance with the Consent Decree ("Settlement") attached hereto as Exhibit "1."

3. In accordance therewith, Plaintiffs request that the Court review, approve and ratify the Settlement. Additionally, Plaintiffs request the Court retain jurisdiction to enforce the terms of the Settlement. *See Association for Disabled Americans v. Key Largo Bay Beach, LLC,* 407 F. Supp 2d 1321 (S.D. Fla. 2005).

4. As part of the Settlement reached between the Parties, Plaintiffs have agreed to dismiss the action with prejudice. Accordingly, Plaintiffs request, upon the Court's review, approval and ratification of the Settlement, that this matter be dismissed with prejudice.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter an Order approving the attached Settlement, dismissing the claims asserted by Plaintiffs against Defendant in this action with prejudice, and retaining jurisdiction to enforce the Settlement.

Respectfully Submitted this 15th day of December, 2011.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
Fla. Bar #54538
The Schapiro Law Group, P.L
Attorneys for Plaintiff
7050 W. Palmetto Park Road
Suite 15-271
Boca Raton, FL 33433
Tele: (561) 807-7388
Fax: (561) 807-7198
Schapiro@schapirolawgroup.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on December 15, 2011.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
Fla. Bar #54538
The Schapiro Law Group, P.L
Attorneys for Plaintiff
7050 W. Palmetto Park Road
Suite 15-271
Boca Raton, FL 33433
Tele: (561) 807-7388
Fax: (561) 807-7198
Email: Schapiro@schapirolawgroup.com